# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 794 - 1 | **DATE** | 12/5/2007 |
| **CASE TITLE** | United States of America vs. Armando Navarete | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to indictment filed on 12/5/07. Detention hearing set for 12/7/07 at 11:00 a.m. Defendant to be detained pending detention hearing.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | mm |
|---|---|---|