# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| CASE NUMBER | 07 CR 794 | DATE | 12/7/2007 |
| CASE TITLE | United States vs. Armando Navarete | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 12/7/07 and continued to 12/11/07 at 3:00 p.m. Government's unopposed oral motion for disclosure of information is granted. Government's oral motion for detention of defendant is denied. Defendant is to remain in custody until the 12/11/07 hearing at which time bond paperwork can be finalized. Enter Order to Release Records and Information.

Docketing to mail notices.

1:00

| | Courtroom Deputy Initials: | KF |
|---|---|---|