

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) No. 07 CR ~~━~~ 794 |
| v. | )<br>) ~~Matthew F. Kennelly~~ |
| | ) ~~District Court Judge~~ |
| GEORGE KONJUCH | ) |
| ARMANDO NAVARRETE and | ) |
| NAVARRETE INDUSTRIES, INC., | ) Sidney I. Schenkier |
| d/b/a "Integrated Security Solutions" and "INS" | ) Magistrate Judge |

## ORDER TO RELEASE RECORDS AND INFORMATION

This cause comes before the Court on the government's motion for disclosure of information related to the assets frozen in the civil proceeding, ABN AMRO, et al., v. Navarrete Industries, Inc., et al., Case No. 06 CH 18710, before the Honorable Stuart E. Palmer of the Circuit Court of Cook County, Illinois.

IT IS HEREBY ORDERED that the plaintiffs in that cause of action are authorized to release to to the United States Attorney's Office records and information sufficient to identify the accounts held by the defendants that are frozen and the amount of money frozen in each account. Plaintiffs in that cause of action are further authorized to apprise the government, through documents or by any other means, of any change in the status of these accounts.

_____
SIDNEY I. SCHENKIER
United States Magistrate Judge

DATED: 12-07-07