# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:07−cr−00794
　　　　　　　　　　　　　　　　　　　　　Honorable Matthew F. Kennelly

George Konjuch, et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, December 12, 2007:

      MINUTE entry before Judge Matthew F. Kennelly : Arraignment set for 12/17/2007 at 09:30 AM. (or, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.