## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 794 - All | **DATE** | 12-7-07 |
| **CASE TITLE** | United States of America vs. Konjuch, et al. | | |

**DOCKET ENTRY TEXT**

Enter order to unseal the case.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|