# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 794 - 2 | **DATE** | 12/11/2007 |
| **CASE TITLE** | United States of America vs. Armando Navarrete | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to 12/12/07 at 1:15 p.m. Time is excluded from 12/11/07 to 12/17/07 pursuant to 18 U.S.C. section 3161 (h)(1)(F), (X-E).

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:15

| | Courtroom Deputy Initials: | mm |
|---|---|---|

Case 1:07-cr-00794    Document 15    Filed 12/11/2007    Page 1 of 1

07CR794 - 2 United States of America vs. Armando Navarrete    Page 1 of 1