# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 794 - 2 | **DATE** | 12/12/2007 |
| **CASE TITLE** | United States of America vs. Armando Navarete | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Defendant released on a $100,000.00 secured bond. Enter order setting conditions of release. Enter defendant's affidavit waiving his rights to contest extradition.

■ [ For further detail see separate order(s).]     Docketing to mail notices.

00:05



| | Courtroom Deputy Initials: | mm |
|---|---|---|