UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 07 CR 794 |
| | ) | |
| v. | ) | Matthew F. Kennelly |
| | ) | District Court Judge |
| ARMANDO NAVARRETE | ) | |
| | ) | Sidney I. Schenkier |
| | ) | Magistrate Judge |

## AFFIDAVIT

ARMANDO NAVARRETE, being duly sworn, deposes and says:

1. I am a named Defendant in the above captioned case. I am a citizen of the United States of America. I live in Bloomingdale, Illinois, with my ex-wife and children.

2. On December 4, 2007, I was charged in the above-cited Indictment.

3. I hereby voluntarily and irrevocably waive any rights to contest extradition from Mexico to the United States of America, in relation to the charges set out in the Indictment in this case.

4. In the event that I do not appear in court or fail to surrender myself for sentencing in this case as required, I hereby consent to my extradition or rendition to the United States of America from Mexico and waive any and all rights I may have to contest my extradition or rendition to the United States of America from Mexico in relation to the charges set out in the Indictment.

5. I hereby irrevocably consent to my committal for surrender and to surrender to the United States of America in any extradition proceedings in Mexico relating to the charges set out in the Indictment, and I irrevocably consent to this affidavit being filed in any such extradition proceedings.

6.    I also hereby irrevocably waive extradition to the United States of America in any extradition proceeding relating to the charges set out in the Indictment and I irrevocably consent to this affidavit being filed in any such proceedings as evidence of my waiver of extradition.

7.    I also irrevocably waive my right to seek bail in Mexico in any extradition proceeding relating to the charges set out in the Indictment. I fully understand and agree that upon this waiver being filed with the Court in any extradition proceedings relating to the charges set out in the Indictment, I would be conveyed without delay to the United States, without the protection of specialty, and that I would not have the right to make any appeal or application for judicial review.

8.    I hereby irrevocably admit that there is a sufficient basis for extradition and that all the prerequisites exist for extradition in relation to the charges set out in the Indictment.

9.    I make this waiver freely and voluntarily, after having consulted with my attorney and with the full knowledge as to the nature of the rights I am waiving. My rights and options have been explained to me and I understand them.

FURTHER AFFIANT SAYETH NOT

_____

Subscribed and sworn to
before me this __11__ day of
December, 2007

_____
Notary Public

"OFFICIAL SEAL"
Barbara Robertson
Notary Public, State of Illinois
My Commission Exp. 12/26/2007

2