# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**FILED**
1-18-2008
JAN 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of _United States of America_ Case _07 CR 794_

_George Ronjuch_
_Armando Navarrete and Navarrete Industries, Inc._
_d.b.a. "Integrated Security Solutions" and "ISS"_

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

_Armando Navarrete_
_Navarrete Industries, Inc._
_d.b.a. "Integrated Security Solutions"_
_and "ISS"_

| | |
|---|---|
| SIGNATURE | _Emma B. Dixon_ |
| FIRM | _Law Offices of Emma B. Dixon_ |
| STREET ADDRESS | _222 N. LaSalle St, Suite 2160_ |
| CITY/STATE/ZIP | _Chicago, Illinois 60601_ |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) _6271780_ | TELEPHONE NUMBER _(312) 658-0100_ |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☒    APPOINTED COUNSEL ☐