## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 794 | **DATE** | 1/22/2008 |
| **CASE TITLE** | USA vs. Armando Navarrete | | |

**DOCKET ENTRY TEXT**

Motion by USA for protective order relating to the proceeds from the sale of the real property is granted. Enter Protective Order as approved by the Court.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|