Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 794 | **DATE** | 1/30/2008 |
| **CASE TITLE** | USA vs. Navarette | | |

**DOCKET ENTRY TEXT**

Defendants Armando Navarrete, Navarrete Industries, Inc.: Status hearing held and continued to 4/22/2008 at 1:30 PM.  Joint motion to sever defendant George Konjuch is granted.  Jury trial set to 11/10/2008 at 9:45 AM.  Ordered time excluded from 1/30/2008 through 4/22/2008, in the interest of justice, pursuant to 18 U.S.C. 3161(h)(8)(I). (X-T1)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|
| | | |