## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                                 Case No.: 1:07−cr−00794
                                                           Honorable Matthew F. Kennelly

George Konjuch, et al.

                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 7, 2008:

      MINUTE entry before Judge Matthew F. Kennelly : Defendants Armando Navarrete, Navarrete Industries, Inc.: Minute order of 1/30/2008 is amended to correct the jury trial date as 9/29/2008 at 09:45 AM. Jury trial date of 11/10/2008, set in error, is vacated. Mailed notice (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.