# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 794 | **DATE** | 8/14/2008 |
| **CASE TITLE** | USA vs. Navarette | | |

**DOCKET ENTRY TEXT**

Defendants Armando Navarret, Navarrete Industries: Status hearing held and continued to 8/28/2008 at 2:00 PM. Jury trial date of 9/29/2008 is vacated. Request for early return of subpoenas is granted, subject to conditions stated in open court. Ordered time excluded from 7/17/2008 through 8/28/2008, in the interest of justice, pursuant to 18 U.S.C. 3161(h)(8)(I). (X-T1)

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | OR |
|---|---|---|